# Court of Appeals
# of the State of Georgia

ATLANTA, November 08, 2012

*The Court of Appeals hereby passes the following order*

**A12A0796. CORO REALTY ADVISORS, LLC et al v. ANA JULIA MAYA SALINAS et al .**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW

THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, November 08, 2012.*

*I certify that the above is a true extract from the minutes of
the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto
affixed the day and year last above written.*

, *Clerk.*